# EXHIBIT 1

*Brown v. FPL*
Case No. 20cv22434

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-22434

Audley Brown,

    Plaintiff,

v.

Florida Power & Light Company,
Briggs & Stratton Corporation,
Generac Power Systems, Inc.

    Defendants.
_____/

## DECLARATION OF LUIS G. MARTI

The undersigned, Luis G. Marti, submits this Declaration in support of FPL's Motion to Strike and states as follows:

1. My name is Luis G. Marti and I am over eighteen years of age. This Declaration is made from my personal knowledge. I am the Manager, Security Operations for FPL Corporate Security and in that capacity I am authorized to submit this Declaration.

2. As part of my duties, I have the ability to view video from FPL's visitor lobby. All visitors are required to register with security in the visitor's lobby, including process servers. In addition, process servers are required to sign a log when any type of process is served on FPL.

3. In connection with this action, I reviewed video from the visitor's lobby for June 29, 2020 from 3:00 p.m. until 4:30 p.m.

4. During this time, no process server entered the lobby and no one met with anyone at the lobby desk in that entire time span. There were actually no visitors and the Security Officer stationed at the desk is the only person present in the lobby.

*Brown v. FPL, et al.*
Declaration of Luis G. Marti
Case No. 20-cv-22434
Page 2

5. I also reviewed the process server logs and no process was served upon FPL on June 29, 2020 in this action.

6. I was also asked to review video of July 20, 2020. The video shows a process server entering the lobby and serving process by delivering the papers to an FPL employee.

7. The person in the July 20, 2020 does not appear in the June 29, 2020 video that I reviewed.

Dated this 4th day of August, 2020.

Pursuant to 28 U.S.C. §1746, I, Luis G. Marti, hereby declare under penalty of perjury that the foregoing facts are true and correct.

_____
Luis G. Marti