# EXHIBIT 2

*Brown v. FPL*
Case No. 20cv22434

**Ianno jr, Joseph**

| | |
|---|---|
| From: | Albert Bordas <albert@bordasiplaw.com> |
| Sent: | Friday, July 17, 2020 11:44 AM |
| To: | Ianno jr, Joseph |
| Cc: | <MJ@mljlawoffices.com>; Aileen Parra |
| Subject: | Fwd: Brown v. FPL |

Caution - External Email (albert@bordasiplaw.com)

Report This Email  Tips

Joseph Ianno, Jr.
Managing Attorney
Florida Power & Light Company
700 Universe Boulevard
Juno Beach, Florida 33408
Joseph.Iannojr@fpl.com
Office (561) 694-4311
Fax (561) 691-7103


Dear Mr. Ianno,

One more comment, our process server informed us that "at FPL they require all servers to sign into a log, and he definitely did do that.", indicating that the process server physically appeared at FPL.

Thank you Sir,

Albert Bordas, JD, MBA, MSIE
Attorney and Counselor at Law

ALBERT BORDAS, P.A.
5975 Sunset Drive, Suite 705
Miami, FL 33143  USA
Tel.
305-669-9848
Fax
305-669-9851
albert@bordasiplaw.com
www.bordasiplaw.com

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE

IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO INFO@BORDASIPLAW.COM AND KINDLY DELETE THIS MESSAGE

WIRE FRAUD AND EMAIL HACKING ATTACKS ARE ON THE INCREASE. IF YOU HAVE A PENDING TRANSACTION WITH US AND YOU RECEIVE AN EMAIL CONTAINING PAYMENT INSTRUCTIONS, PLEASE CONFIRM VERBALLY WITH A CALL TO A TRUSTED AND VERIFIED PHONE NUMBER. NEVER WIRE OR SEND MONEY WITHOUT DOUBLE CHECKING THAT THE PAYMENT INSTRUCTIONS ARE CORRECT. WE HAVE BEEN ALERTED ABOUT CLONED EMAILS CONTAINING FRAUDULENT PAYMENT INSTRUCTIONS.

Begin forwarded message:

**From:** Albert Bordas <albert@bordasiplaw.com>
**Subject: Fwd: Brown v. FPL**
**Date:** July 17, 2020 at 11:37:44 AM EDT
**To:** Joseph.Iannojr@fpl.com
**Cc:** "<MJ@mljlawoffices.com>" <MJ@mljlawoffices.com>, Aileen Parra <tm@bordasiplaw.com>

Joseph Ianno, Jr.
Managing Attorney
Florida Power & Light Company
700 Universe Boulevard
Juno Beach, Florida 33408
Joseph.Iannojr@fpl.com
Office (561) 694-4311
Fax (561) 691-7103


Dear Mr. Ianno,

Please note that this communication concerns FPL's service.

The Lead Attorney, Mr. Manotti L. Jenkins, will be the one to address all other matters concerning the case and extensions of time, etc..

Our process server is providing us an Amended Affidavit. Apparently the last name of the recipient at FPL was misspelled, but she was in fact served. According to the process server, a physical description of the recipient at FPL will also be included. We will of course present you and file the Amended Affidavit as soon as we receive it.


Thank you Sir,

Albert Bordas, JD, MBA, MSIE
Attorney and Counselor at Law

ALBERT BORDAS, P.A.
5975 Sunset Drive, Suite 705
Miami, FL 33143  USA
Tel.
305-669-9848
Fax
305-669-9851

albert@bordasiplaw.com
www.bordasiplaw.com

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL(S) NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYER OR AGENT RESPONSIBLE FOR DELIVERY OF THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING, OR OTHER USE OF THIS COMMUNICATION IS NEITHER INTENDED NOR PERMISSIBLE. IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US AT THE ABOVE TELEPHONE NUMBER OR SEND US AN E-MAIL MESSAGE TO INFO@BORDASIPLAW.COM AND KINDLY DELETE THIS MESSAGE

WIRE FRAUD AND EMAIL HACKING ATTACKS ARE ON THE INCREASE. IF YOU HAVE A PENDING TRANSACTION WITH US AND YOU RECEIVE AN EMAIL CONTAINING PAYMENT INSTRUCTIONS, PLEASE CONFIRM VERBALLY WITH A CALL TO A TRUSTED AND VERIFIED PHONE NUMBER. NEVER WIRE OR SEND MONEY WITHOUT DOUBLE CHECKING THAT THE PAYMENT INSTRUCTIONS ARE CORRECT. WE HAVE BEEN ALERTED ABOUT CLONED EMAILS CONTAINING FRAUDULENT PAYMENT INSTRUCTIONS.

**From:** "Ianno jr, Joseph" <Joseph.Iannojr@fpl.com>
**Date:** July 16, 2020 at 1:06:33 PM EDT
**To:** "albert@bordisiplaw.com" <albert@bordisiplaw.com>, "mj@mljlawoffices.com" <mj@mljlawoffices.com>
**Subject: Brown v. FPL**

Albert,

Thank you for talking to me. As we discussed, please note the following:

1. FPL has never been served with the complaint in this action. We were informed of an affidavit of service and after reviewing it, please note the following: We do not have an employee by the name of Annie Deloix. Further, we have no record of Mr. Sucher delivering process to the Company on June 29, 2020. Therefore, the affidavit of service is false and we will be pursuing potential complaints as a result.

2. The complaint alleges that FPL sold and/or offered to sell "Briggs & Stratton 6250 Watt Portable Generator" and the "Generac Gas Power Charger." See paragraph 17. We have no records of ever selling one of these units. You stated that your client investigated this and that you reviewed the results of that investigation. Please provide me with all evidence you relied upon prior to filing the complaint that justifies the allegations of the complaint against FPL.

As I mentioned to you, I am not interested in an extension of time. I would prefer that you dismiss FPL immediately to avoid any issues with Rule 11. Secondly, since you are now aware that the veracity of the affidavit of service is questionable, you cannot proceed against FPL unless and until proper service is effectuated.

However, I strongly suggest that you dismiss FPL now before we are forced to retain counsel and defend this action. Please let me know by the close of business tomorrow as I will have to file motions on Monday.

3

Sincerely,

**Joseph Ianno, Jr.**
Managing Attorney
Florida Power & Light Company
700 Universe Boulevard
Juno Beach, Florida 33408
Joseph.Iannojr@fpl.com
Office (561) 694-4311
Fax (561) 691-7103



**FP&L- LAW NOTICE**
This e-mail is from The Law Department of FPL and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of ours, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to us in reply that you would expect us to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of ours, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality