# EXHIBIT 3

*Brown v. FPL*
Case No. 20cv22434

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-22434

Audley Brown,

      Plaintiff,

v.

Florida Power & Light Company,
Briggs & Stratton Corporation,
Generac Power Systems, Inc.

      Defendants.

_____/

## DECLARATION OF ANNIE HUDDAS

The undersigned, Annie Huddas, submits this Declaration in support of FPL's Motion to Strike and states as follows:

1. My name is Annie Huddas and I am over eighteen years of age. This Declaration is made from my personal knowledge. I am a Senior Paralegal in the Law Department of FPL.

2. As part of my duties, I am authorized to accept service of process directed to FPL. When process is to be served on FPL, it is done in the visitor lobby. When delivering court papers, whether a summons or subpoena, the name of the person serving process as well as the date, time, and the style of the case are entered into a log kept at the security desk.

3. In connection with this action, I reviewed the log for June 29, 2020. Neither Mr. Sucher nor this action appear on the log for June 29, 2020. In fact, Mr. Sucher's name does not appear on the log on any date from June 11, 2020 to July 9, 2020.

4. I presume Mr. Sucher knows my name by virtue of the fact that he has served process on FPL in the past.

*Brown v. FPL, et al.*
Declaration of Annie Huddas
Case No. 20-cv-22434
Page 2

5. I understand that Mr. Sucher submitted a return of service stating that he served Annie Deloix on June 29, 2020. I believe that Mr. Sucher was referring to me since there are no other individuals named Annie authorized to accept service.

6. It is impossible for Mr. Sucher to have served FPL, through me, on June 29, 2020. If Mr. Sucher was referring to me, I was quarantined on this date and I was restricted to my home. I was not in the office to accept service.

Dated this 4th day of August, 2020.

Pursuant to 28 U.S.C. §1746, I, Annie Huddas, hereby declare under penalty of perjury that the foregoing facts are true and correct.

_____
Annie Huddas