UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 20-22434-CIV-MARTINEZ-OTAZO-REYES

AUDLEY BROWN,

    Plaintiff,

vs.

GENERAC POWER SYSTEMS, INC., et al.,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation on Defendant Generac Power Systems, Inc.'s Motion for Sanctions, [ECF Nos. 26, 28]. After conducting an evidentiary hearing on the matter, Magistrate Judge Otazo-Reyes filed a Report and Recommendation, [ECF No. 47], recommending that the motion be granted in part. Specifically, Magistrate Judge Otazo-Reyes recommended that Plaintiff's counsel be sanctioned pursuant to Federal Rule of Civil Procedure 11 and Defendant Generac be awarded its reasonable fees and costs incurred in prosecuting the Motion for Sanctions. [ECF No. 26]. The Court has reviewed the entire record and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Otazo-Reyes's Report and Recommendation, [ECF No. 47], is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

1. Defendant Generac Power Systems, Inc.'s Motion for Sanctions, [ECF No. 26], is

    **GRANTED IN PART and DENIED IN PART**.

2. Pursuant to Federal Rule of Civil Procedure 11, sanctions are hereby imposed on

      Albert Bordas, Manotti L. Jenkins, Albert Bordas PA, and the Law Offices of Manotti L. Jenkins, Ltd., jointly and severally. Defendant Generac is entitled to its reasonable fees and costs incurred in prosecuting the instant Motion for Sanctions.

**3.** Defendant Generac **SHALL** file a Motion for Attorneys' Fees and Costs pursuant to this Order, including supporting documentation for the amount of fees and costs requested, **on or before March 30, 2021.**

2. Rule 11 sanctions SHALL NOT be imposed on Plaintiff Audley Brown.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of March, 2021.

*[signature]*
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record